**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2092**

WILLIAM P. TRAINOR,

            Plaintiff - Appellant,

        v.

COMMITTEE OF UNSECURED CREDITORS OF MEDICAL DIAGNOSTICS
PRODUCTS, INCORPORATED; WOOD GUNDY LONDON LIMITED,

            Defendants – Appellees,

        v.

MEDICAL DIAGNOSTIC PRODUCTS, INCORPORATED,

            Debtor,

U.S. TRUSTEE-BALTIMORE,

            Trustee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge.  (1:10-cv-01571-JFM)

Submitted:  May 26, 2011            Decided:  May 31, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William P. Trainor, Appellant Pro Se.  Edward Joseph Meehan, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William P. Trainor seeks to appeal the district court's order denying his motion for a jury trial in his appeal from a bankruptcy court order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Trainor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED